David W. Sanford (DC Bar No. 457933, admitted *pro hac vice*)
dsanford@sanfordheisler.com
Aimee Krause Stewart (DC Bar No. 1047933, admitted *pro hac vice*)
astewart@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Deborah K. Marcuse (DC Bar No. 99538, admitted *pro hac vice*)
dmarcuse@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
400 E. Pratt Street, 8th Floor
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425

Ed Chapin (CA Bar No. 53287)
echapin2@sanfordheisler.com
Jill Sullivan Sanford (CA Bar No. 185757)
jsanford@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 677-4250

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*
*[Additional Attorneys Listed After Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE 1, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MORRISON & FOERSTER, LLP<br><br>Defendant. | Case No.: 3:18-cv-02542<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that Sanford Heisler Sharp, LLP's Washington, DC office has changed its address from 1666 Connecticut Ave NW, Suite 300, Washington, DC 20009 to 700 Pennsylvania Ave SE, Suite 300, Washington, DC 20003. The telephone and facsimile numbers and electronic mail addresses have not changed.

Dated: November 5, 2018                        Respectfully Submitted,

                                                           _/s/David Sanford_____
David W. Sanford (admitted *pro hac vice*)
Deborah K. Marcuse (admitted *pro hac vice*)
Ed Chapin (CA Bar No. 53287)
Jill Sullivan Sanford (CA Bar No. 185757)
Aimee Krause Stewart (admitted *pro hac vice*)
Danielle Fuschetti (CA Bar No. 294065)
SANFORD HEISLER SHARP, LLP

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*

[*Continued from Caption Page*]

Danielle Fuschetti (CA Bar No. 294065)
dfuschetti@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*