David W. Sanford (admitted *pro hac vice*)
dsanford@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Deborah K. Marcuse (admitted *pro hac vice*)
dmarcuse@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425

Ed Chapin (CA Bar No. 53287)
echapin2@sanfordheisler.com
Jill Sullivan Sanford (CA Bar No. 185757)
jsanford@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 677-4250

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*
*[Additional Attorneys Listed After Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE 1, et al., on behalf of themselves and all others similarly situated,<br><br>                                              Plaintiffs,<br><br>v.<br><br>MORRISON & FOERSTER LLP<br><br>                                              Defendant. | Case No.: 3:18-cv-02542<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that Aimee Krause Stewart of Sanford Heisler Sharp, LLP hereby

3  withdraws as attorney of record for Plaintiffs and the proposed classes in this action. Counsel of record

4  for Plaintiffs and the proposed classes otherwise remains the same.

Dated: April 11, 2019                                  Respectfully Submitted,

_/s/ Deborah K. Marcuse_____
David W. Sanford (admitted *pro hac vice*)
Deborah K. Marcuse (admitted *pro hac vice*)
Ed Chapin (CA Bar No. 53287)
Jill Sullivan Sanford (CA Bar No. 185757)
Danielle Fuschetti (CA Bar No. 294065)
Hannah M. Wolf (admitted *pro hac vice*)
SANFORD HEISLER SHARP, LLP

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*

[*Continued from Caption Page*]

Danielle Fuschetti (CA Bar No. 294065)
dfuschetti@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Hannah M. Wolf (admitted *pro hac vice*)
hwolf@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Telephone: (615) 434-7004
Facsimile: (615) 434-7020

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*