# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** April 18, 2019          **Time:** 2:01-3:17          **Judge:** JACQUELINE
                                                                                    SCOTT CORLEY

**Case No.:** 18-cv-02542-JSC          **Case Name:**  Doe v. Morrison & Foerster LLP

**Attorneys for Plaintiffs:** Deborah Marcuse; David Sanford by Court Call
**Attorneys for Defendant:** Rachel Brass; Catherine Conway; Michele Maryott

**Deputy Clerk:** Ada Means                         **Court Reporter:** Katherine Sullivan

### PROCEEDINGS

Plaintiffs' Motion to Proceed Under Pseudonyms (Dkt. No. 55); Defendant's Motion for

Judgment on the Pleadings (Dkt. No. 56), and initial case management conference held.

### ORDERED AFTER HEARING

Plaintiffs' Motion to Proceed Under Pseudonyms (Dkt. No. 55) and Defendant's Motion

for Sanctions (Dkt. No. 68) are denied for the reasons stated on the record. The Court will issue a

written order on Defendants' Motion for Judgment on the Pleadings.

The parties shall submit a joint letter to identify the private mediator by May 2, 2019. The

second amended complaint shall be due twenty days after the Court's ruling on the Motion for

Judgment on the Pleadings. A further case management is set for August 31, 2019 at 1:30 p.m.

and a joint case management conference statement shall be filed seven days prior.

**Order to be prepared by:**
[ ]     Plaintiff               [ ]     Defendant           [x ]     Court