UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MORRISON & FOERSTER LLP,<br><br>    Defendant. | Case No.18-cv-02542-JSC<br><br>**ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS SUBMITTED WITH DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 67 |

Defendant filed an administrative motion to seal in connection with its motion for sanctions. (Dkt. No. 67.) The motion is GRANTED as to those exhibits and portions of the brief which could identify Plaintiff Jane Doe 4. (Dkt. No. 75.) For Exhibit 1, the motion to seal is granted consistent with Defendant's more narrowly tailored request for sealing of this document filed on April 24, 2019; it is denied in all other respects. (Dkt. No. 79.)

**IT IS SO ORDERED.**

Dated: April 30, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge