

**Sanford Heisler Sharp, LLP**
400 East Pratt Street, 8th Floor
Baltimore, MD 21202
Telephone: (410) 834-7420
Fax: (410) 834-7425
www.sanfordheisler.com

*Deborah K. Marcuse,* Baltimore Managing Partner
(410) 834-7415
dmarcuse@sanfordheisler.com                    New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

May 2, 2019

**VIA ECF**
The Honorable Jacqueline Scott Corley
San Francisco Courthouse
Courtroom F - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

   *Re:* *Jane Doe 1, et al. v. Morrison & Foerster LLP; Case No. 3:18-cv-02542-JSC*

Dear Judge Corley,

  Pursuant to the Court's Order of April 18, 2018, the Parties submit this joint letter proposing private mediator Dina Jansenson.

        Respectfully submitted,

        **SANFORD HEISLER SHARP, LLP**

        By: */s/ Deborah K. Marcuse*
        Deborah K. Marcuse
        *Attorneys for Plaintiffs and the Classes*

        **GIBSON, DUNN & CRUTCHER LLP**

        By: */s/ Catherine A. Conway*
        Catherine A. Conway
        *Attorneys for Defendant*

**ECF Attestation**

  I, Deborah K. Marcuse, hereby attest that, pursuant to Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from the other signatory.

        By: */s/ Deborah K. Marcuse*
        Deborah K. Marcuse