| | |
|---|---|
| 1 | RACHEL S. BRASS, SBN 219301 |
| |    rbrass@gibsondunn.com |
| 2 | DANIEL M. BRUGGEBREW, SBN 307037 |
| |    dbruggebrew@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, CA 94105-0921 |
| | Telephone:  415.393.8200 |
| 5 | Facsimile:  415.393.8306 |
| 6 | CATHERINE A. CONWAY, SBN 98366 |
| |    cconway@gibsondunn.com |
| 7 | MICHELE L. MARYOTT, SBN 191993 |
| |    mmaryott@gibsondunn.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 9 | Los Angeles, CA  90071-3197 |
| | Telephone:  213.229.7000 |
| 10 | Facsimile:  213.229.7520 |
| 11 | AMANDA C. MACHIN, *admitted pro hac vice* |
| |    amachin@gibsondunn.com |
| 12 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue N.W. |
| 13 | Washington, D.C. 20036-5306 |
| | Telephone:  202.955.8500 |
| 14 | Facsimile:  202.467.0539 |
| 15 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE 1, et al., | CASE NO. 3:18-cv-02542-JSC |
|    Plaintiffs, | **PROOF OF SERVICE** |
|    v. | |
| MORRISON & FOERSTER LLP, | |
|    Defendant. | |

**PROOF OF SERVICE**

I, Rachel S. Brass, declare as follows:

I am employed in San Francisco, CA.  I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, San Francisco, CA 94105-0921.  On September 9, 2019, I served the following document(s):

> **Defendant's Unopposed Administrative Motion To File Exhibits To Joint Discovery Letter Under Seal**
>
> **Declaration Of Rachel S. Brass In Support Of Defendant's Unopposed Administrative Motion To File Exhibits To Joint Discovery Letter Under Seal**
>
> **Unredacted Exhibit E To Declaration Of Rachel S. Brass In Support Of Defendant's Unopposed Administrative Motion To File Exhibits To Joint Discovery Letter Under Seal**
>
> **[Proposed] Order Granting Defendant's Unopposed Administrative Motion To File Under Seal**

on the parties stated below, by the following means of service:

> Frank Kelleher  (FKelleher@goodwinlaw.com)
> Michelle Carter (MCarter@goodwinlaw.com)
> Goodwin Procter LLP
> 100 Northern Avenue
> Boston, MA 02210

☑ BY ELECTRONIC SERVICE:  On the above-mentioned date at 2:43 p.m. I sent the documents to the persons at the electronic notification addresses as shown above.

☑ (STATE)    I declare under penalty of perjury under the laws of the State of California and that the foregoing is true and correct.

☑ (FEDERAL)    I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2019.

                                                   */s/ Rachel S. Brass*
                                                   Rachel S. Brass