```
 1  RACHEL S. BRASS, SBN 219301
        rbrass@gibsondunn.com
 2  DANIEL M. BRUGGEBREW, SBN 307037
        dbruggebrew@gibsondunn.com
 3  GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
 4  San Francisco, CA 94105-0921
    Telephone:   415.393.8200
 5  Facsimile:   415.393.8306

 6  CATHERINE A. CONWAY, SBN 98366
        cconway@gibsondunn.com
 7  MICHELE L. MARYOTT, SBN 191993
        mmaryott@gibsondunn.com
 8  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 9  Los Angeles, CA  90071-3197
    Telephone:   213.229.7000
10  Facsimile:   213.229.7520

11  AMANDA C. MACHIN, *admitted pro hac vice*
        amachin@gibsondunn.com
12  GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue N.W.
13  Washington, D.C. 20036-5306
    Telephone:   202.955.8500
14  Facsimile:   202.467.0539
```

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE 1, et al., | CASE NO. 3:18-cv-02542-JSC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| MORRISON & FOERSTER LLP, | |
| Defendant. | |

# PROOF OF SERVICE

I, Rachel S. Brass, declare as follows:

I am employed in San Francisco, CA.  I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, San Francisco, CA 94105-0921.  On September 9, 2019, I served the following document(s):

**Defendant's Unopposed Administrative Motion To File Exhibits To Joint Discovery Letter Under Seal**

**Declaration Of Rachel S. Brass In Support Of Defendant's Unopposed Administrative Motion To File Exhibits To Joint Discovery Letter Under Seal**

**Unredacted Exhibit F To Declaration Of Rachel S. Brass In Support Of Defendant's Unopposed Administrative Motion To File Exhibits To Joint Discovery Letter Under Seal**

**[Proposed] Order Granting Defendant's Unopposed Administrative Motion To File Under Seal**

on the parties stated below, by the following means of service:

Peter J. Engstrom (Peter.Engstrom@bakermckenzie.com)
Baker & McKenzie International
Two Embarcadero Center, 11th Floor
San Francisco, California 94111-3802, USA

☑ BY ELECTRONIC SERVICE:  On the above-mentioned date at 2:41 p.m. I sent the documents to the persons at the electronic notification addresses as shown above.

☑ (STATE)    I declare under penalty of perjury under the laws of the State of California and that the foregoing is true and correct.

☑ (FEDERAL)    I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2019.

*/s/ Rachel S. Brass*
Rachel S. Brass