1  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, California 94063
   Tel.: 650.752.3100
4  Fax.: 650.853.1038

5  *Attorney for Non-Party*
   *Goodwin Procter LLP*
6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11

12  JANE DOE 1, ET. AL,                    Case No. 3:18-CV-02542-JSC

                         Plaintiffs,
13
                                          **DECLARATION OF FRANCIS G.**
14      v.                                **KELLEHER IN SUPPORT OF**
                                          **DEFENDANT'S UNOPPOSED**
15  MORRISON & FOERSTER LLP,              **ADMINISTRATIVE MOTION TO FILE**
                                          **EXHIBITS TO JOINT DISCOVERY**
16                       Defendant.       **LETTER UNDER SEAL**

17                                        Judge: Hon. Jacqueline Scott Corley
                                          Action Filed: April 30, 2018
18

19

20

21

22

23

24

25

26

27

28  DECLARATION OF FRANCIS G. KELLEHER IN SUPPORT OF DEFENDANT'S
    UNOPPOSED ADMINISTRATIVE MOTION TO FILE EXHIBITS TO JOINT DISCOVERY
    LETTER UNDER SEAL
                                          CASE NO. 3:18-CV-02542-JSC

    ACTIVE/100834387.1

Francis G. Kelleher, declares as follows:

1.   I am over the age of eighteen and not a party to this action.  I am employed as the Assistant General Counsel & Managing Attorney-Court Procedures at Goodwin Procter LLP ("Goodwin").  I am familiar with Goodwin's confidential information and the potential harm that Goodwin would suffer if its confidential information were publicly disclosed.

2.   My business address is Goodwin Procter LLP, 100 Northern Avenue, Boston, Massachusetts 02210.

3.   Pursuant to Local Rule 79-5(d)(1)(A), I submit this declaration in support of Defendant's Unopposed Administrative Motion to File Exhibits to Joint Discovery Letter Under Seal (the "Motion").  Specifically, Defendant's Motion requests that the entirety of Exhibit E be filed under seal, as described in the filed [Proposed] Order Granting Defendant's Unopposed Administrative Motion to File Exhibits to Joint Discovery Letter Under Seal.

4.   Exhibit E of Defendant's Motion is the Interview Evaluation Summary Report of Jane Doe 4's interview with Goodwin, dated May 23, 2019.  This document was designated as "Confidential" and produced by Goodwin pursuant to the Protective Order entered on May 6, 2019 in this matter.

5.   Exhibit E of Defendant's Motion reveals Goodwin's confidential internal hiring process for evaluating lateral candidates, as well as the confidential names of the non-parties who interviewed Jane Doe 4.  *Heath v. Google Inc.*, No. 15-cv-01824-BLF, Dkt No. 298 at 4-5 (N.D. Cal. Jun. 11, 2018) (The Court granted Defendant's motion to seal internal interviewer and hiring notes concluding that compelling reasons existed to seal "confidential information about [a company's] hiring process," specifically, "disclosure of the dossiers could compromise the objectivity of interviewers' assessments" and because "sensitive records pertaining to candidates

2

DECLARATION OF FRANCIS G. KELLEHER IN SUPPORT OF DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE EXHIBITS TO JOINT DISCOVERY LETTER UNDER SEAL

CASE NO. 3:18-CV-02542-JSC

ACTIVE/100834387.1

for positions at [a company]…reflect [the company's] sensitive commercial information relating to its strategies and techniques for interviewing and evaluating candidates…").

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.  Executed this 12th day of September, 2019 in Boston, Massachusetts.

Francis G. Kelleher

3

DECLARATION OF FRANCIS G. KELLEHER IN SUPPORT OF DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE EXHIBITS TO JOINT DISCOVERY LETTER UNDER SEAL

CASE NO. 3:18-CV-02542-JSC

ACTIVE/100834387.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories to the document.


_/s/ Nicole L. Chessari_
NICOLE L. CHESSARI

---

4

DECLARATION OF FRANCIS G. KELLEHER IN SUPPORT OF DEFENDANT'S
UNOPPOSED ADMINISTRATIVE MOTION TO FILE EXHIBITS TO JOINT DISCOVERY
LETTER UNDER SEAL

CASE NO. 3:18-CV-02542-JSC

ACTIVE/100834387.1

1

## CERTIFICATE OF SERVICE

2        I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3   United States District Court for the Northern District of California by using the CM/ECF system

4   on September 12, 2019.  I further certify that all participants in the case are registered CM/ECF

5   users and that service will be accomplished by the CM/ECF system.

6        I certify under penalty of perjury that the foregoing is true and correct.  Executed on

7   September 12, 2019 in Redwood City, California.

8
                                        /s/ *Nicole L. Chessari*
9                                        NICOLE L. CHESSARI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                        5

28   DECLARATION OF FRANCIS G. KELLEHER IN SUPPORT OF DEFENDANT'S
     UNOPPOSED ADMINISTRATIVE MOTION TO FILE EXHIBITS TO JOINT DISCOVERY
     LETTER UNDER SEAL
                                        CASE NO. 3:18-CV-02542-JSC

     ACTIVE/100834387.1