1  David W. Sanford (*pro hac vice*)
   dsanford@sanfordheisler.com
2  Andrew Melzer (*pro hac vice*)
   amelzer@sanfordheisler.com
3  Carolin Guentert (*pro hac vice*)
   cguentert@sanfordheisler.com
4  **SANFORD HEISLER SHARP, LLP**
5  1350 Avenue of the Americas, 31st Floor
   New York, New York 10019
6  Telephone: (646) 402-5656
   Facsimile: (646) 402-5651
7
8  Deborah K. Marcuse (*pro hac vice*)
   dmarcuse@sanfordheisler.com
9  **SANFORD HEISLER SHARP, LLP**
   111 S. Calvert Street, Suite 1950
10 Baltimore, MD 21202
   Telephone: (410) 834-7420
11 Facsimile: (410) 834-7425
12
   Ed Chapin (CA Bar No. 53287)
13 echapin2@sanfordheisler.com
   Jill Sullivan Sanford (CA Bar No. 185757)
14 jsanford@sanfordheisler.com
   **SANFORD HEISLER SHARP, LLP**
15 655 W. Broadway, Suite 1700
   San Diego, CA 92101
16 Telephone: (619) 577-4253
17 Facsimile: (619) 677-4250

18 *Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*
   *[Additional Attorneys Listed After Signature Page]*
19

20                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
21                       SAN FRANCISCO DIVISION
22

| | |
|---|---|
| 23  SHERRY A. WILLIAM AND JOSHUA ASHLEY KLAYMAN, on behalf of themselves 24  and all others similarly situated,<br>                                   Plaintiffs,<br>25  v.<br>26  MORRISON & FOERSTER LLP<br>                                   Defendant. | Case No.: 3:18-cv-02542<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

27
28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On April 30, 2018, Plaintiffs filed a Motion for Leave to Proceed Under Pseudonyms (Dkt. 2). That motion was renewed on January 25, 2019 (Dkt. 40) and on March 1, 2019 (Dkt. 55). During a hearing on Plaintiffs' renewed Motion on April 18, 2019, this Court affirmed that "At some point, if [Plaintiffs are] going to want to proceed [with this litigation], they're going to have to no longer be anonymous." (Tr. 14:7-8). On December 6, 2019, a Stipulation of Dismissal with Prejudice was filed by Plaintiffs Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, and Jane Doe 7 (Dkt. 113). In light of this Court's stated position and Plaintiffs' desire to proceed with this litigation, Plaintiffs Sherry A. William (Jane Doe 1) and Joshua Ashley Klayman (Jane Doe 6) hereby withdraw Plaintiffs' Motion to Proceed Under Pseudonym (Dkt. 55).

|  |  |
|---|---|
| Dated: December 10, 2019 | Respectfully Submitted, |
|  | /s/ Deborah K. Marcuse |
|  | Deborah K. Marcuse (*pro hac vice*) |
|  | David W. Sanford (*pro hac vice*) |
|  | Ed Chapin (CA Bar No. 53287) |
|  | Jill Sullivan Sanford (CA Bar No. 185757) |
|  | Danielle Fuschetti (CA Bar No. 294065) |
|  | Hannah M. Wolf (*pro hac vice*) |
|  | Carolin Guentert (*pro hac vice*) |
|  | SANFORD HEISLER SHARP, LLP |
|  | *Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective* |

[*Continued from Caption Page*]

Danielle Fuschetti (CA Bar No. 294065)
dfuschetti@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Hannah M. Wolf (admitted *pro hac vice*)
hwolf@sanfordheisler.com

**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Telephone: (615) 434-7004
Facsimile: (615) 434-7020

*Attorneys for Plaintiffs, the Proposed Classes, and the Proposed Collective*