1  David W. Sanford (*admitted pro hac vice*)
   dsanford@sanfordheisler.com

2  Andrew Melzer (*admitted pro hac vice*)
   amelzer@sanfordheisler.com

3  Carolin Guentert (*admitted pro hac vice*)
   cguentert@sanfordheisler.com

4  **SANFORD HEISLER SHARP, LLP**

5  1350 Avenue of the Americas
   New York, New York 10019

6  Telephone: (646) 402-5656
   Facsimile: (646) 402-5651

7

8  Deborah K. Marcuse (*admitted pro hac vice*)
   dmarcuse@sanfordheisler.com

9  **SANFORD HEISLER SHARP, LLP**
   111 S. Calvert, Suite 1950

10 Baltimore, MD 21202
   Telephone: (410) 834-7420

11 Facsimile: (410) 834-7425

12 Ed Chapin (CA Bar No. 53287)
   echapin2@sanfordheisler.com

13 Jill Sullivan Sanford (CA Bar No. 185757)
   jsanford@sanfordheisler.com

14 **SANFORD HEISLER SHARP, LLP**
   655 W. Broadway, Suite 1700

15 San Diego, CA 92101
   Telephone: (619) 577-4253

16 Facsimile: (619) 677-4250

17

18 *Attorneys for Plaintiffs*

19 *[Additional Attorneys Listed After*

20 *Signature Page]*

Rachel S. Brass (CA Bar No. 219301)
rbrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Ste. 3000
San Francisco, CA 94105-092
Telephone: (415) 393-8200
Facsimile: (415) 374-8306

Catherine A. Conway (CA Bar No. 98366)
cconway@gibsondunn.com
Michele L. Maryott (CA Bar No. 191993)
mmaryott@gibsondunn.com
Ronald Gomez (CA Bar No. 295274)
rgomez@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Amanda C. Machin (*admitted pro hac vice*)
amachin@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue NW
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY WILLIAM and JOSHUA ASHLEY KLAYMAN<br><br>Plaintiffs,<br><br>v.<br><br>MORRISON & FOERSTER LLP<br><br>Defendant. | **Case No.: 3:18-cv-02542**<br><br>**STIPULATION TO FILE PLAINTIFFS' FOURTH AMENDED COMPLAINT** |

1    Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Sherry William and Joshua Ashley

2 Klayman and Defendant Morrison & Foerster LLP, by and through their counsel, hereby stipulate that

3 Plaintiffs should be granted leave to file their Fourth Amended Complaint, attached hereto as Exhibit A.

4 Defendant's responsive pleading shall be due fourteen (14) days after the Fourth Amended Complaint is

5 filed, pursuant to Federal Rule of Civil Procedure 15(a)(3).

6    Defendant's agreement to the filing of the Fourth Amended Complaint does not affect any rights,

7 defenses or objections of Defendant.

8

9 Dated: February 14, 2020                              Respectfully Submitted,

10

11                                                       /s/ Deborah K. Marcuse
                                                        Deborah K. Marcuse (*admitted pro hac vice*)
12                                                      David W. Sanford (*admitted pro hac vice*)
                                                        Andrew Melzer (*admitted pro hac vice*)
13                                                      Jill Sullivan Sanford (CA Bar No. 185757)
                                                        Danielle Fuschetti (CA Bar No. 294065)
14                                                      Hannah M. Wolf (*admitted pro hac vice*)
                                                        Carolin Guentert (*admitted pro hac vice*)
15

16                                                      **SANFORD HEISLER SHARP, LLP**

17                                                      *Attorneys for Plaintiffs*

18 Dated: February 14, 2020

19                                                       /s/ Michele L. Maryott
                                                        Catherine A. Conway (CA Bar No. 98366)
20                                                      Michele L. Maryott (CA Bar No. 191993)
                                                        Rachel S. Brass (CA Bar No. 219301)
21                                                      Amanda C. Machin (*admitted pro hac vice*)
                                                        Ronald Gomez (CA Bar No. 295274)
22                                                      **GIBSON, DUNN & CRUTCHER LLP**

23                                                      *Attorneys for Defendant*

24

25 [*Continued from Caption Page*]

26 Danielle Fuschetti (CA Bar No. 294065)
   dfuschetti@sanfordheisler.com
27 **SANFORD HEISLER SHARP, LLP**
   111 Sutter Street, Suite 975
28

San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Hannah M. Wolf (*admitted pro hac vice*)
hwolf@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Telephone: (615) 434-7004
Facsimile: (615) 434-7020

*Attorneys for Plaintiffs*

1

## [PROPOSED] ORDER

2

3       The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

4       IT IS HEREBY ORDERED that Plaintiffs, SHERRY WILLIAM and JOSHUA ASHLEY

5   KLAYMAN are granted leave to amend to file their Fourth Amended Complaint, a copy of which is

6   attached hereto as Exhibit "A."

7       IT IS FURTHER ORDERED that the Fourth Amended Complaint is deemed filed as of the date

8   this Order is transmitted via the CM/ECF system.

9   IT IS SO ORDERED.

10    Dated:

11                                              _____

12                                              HON. JACQUELINE S. CORLEY
                                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28