# EXHIBIT C

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   ----------------------------------
     JANE DOE 1, et al.,                )
 6                                      )
              Plaintiffs,               ) Case No.
 7                                      ) 3:18-cv-02542-JSC
                                        )
 8   vs.                                )
                                        )
 9   MORRISON & FOERSTER LLP,           )
                                        )
10            Defendant.                )
                                        )
11   ----------------------------------
12                    CONFIDENTIAL
13         VIDEO DEPOSITION OF SHERRY WILLIAM
14              Los Angeles, California
15             Thursday, August 1, 2019
16                     Volume I
17
18
19
20
21
22
23
24   Reported by:
     Gail E. Kennamer, CSR 4583, CCRR
25   Job No. 165381
```

Page 2

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                SAN FRANCISCO DIVISION
4
5    ----------------------------------
     JANE DOE 1, et al.,                )
6                                       )
             Plaintiffs,                ) Case No.
7                                       ) 3:18-cv-02542-JSC
                                        )
8    vs.                                )
                                        )
9    MORRISON & FOERSTER LLP,           )
                                        )
10           Defendant.                 )
                                        )
11   ----------------------------------
12
13
14       Video Deposition of Sherry William, Volume I,
15   taken on behalf of Defendant at 333 South Grand Avenue,
16   Los Angeles, California; beginning at 10:12 a.m. and
17   ending at 8:15 p.m.; Thursday, August 1, 2019,
18   before Gail E. Kennamer, CSR 4583, CCRR.
19
20
21
22
23
24
25

1    Q.   Do you recall what year that was?
2    A.   No.  But I remember the -- I was on that deal
3  for quite some time.  I believe over a year.
4    Q.   Okay.  What role did you have on that deal?
5    A.   I was drafting documents.
6    Q.   Let me ask: When you started at Dewey because
7  you had the deferral year, did you start as Class of 2011?
8    A.   Yes.
9    Q.   Okay.  And did that carry over when you went to
10 Freshfields?
11   A.   Yes.  For one year.
12   Q.   Okay.  What happened after one year?
13   A.   Let me correct that.  Maybe even less than a
14 year.  I don't recall exactly when, but one of the
15 partners left and Freshfields wanted to keep me, and I got
16 my year back.
17   Q.   Did you ask for it back?
18   A.   Yes.
19   Q.   Why did you ask for it back?
20   A.   Because I thought I deserved getting that year
21 back.
22   Q.   And why did you think that?
23   A.   Because several firms that deferred their
24 associates did not hold them back a year for the deferral;
25 and because Dewey had decided to do that, that carried

1  billed on client billable matters each year you were a
2  Freshfields associate?
3      A.   I don't remember a breakdown by year, but I do
4  remember my last year there, I had billed a lot of hours.
5      Q.   And your last year was 2015?
6      A.   I went out on maternity leave, so the last year
7  that I was not on leave.
8      Q.   So what do you consider a lot of hours in terms
9  of what you billed in 2014?
10     A.   Sorry.  Can you restate that question?
11     Q.   Sure.
12  You said that you remembered in your last year you
13  billed a lot of hours.
14     A.   Yes.
15     Q.   My question is: What did you consider a lot of
16  hours?
17     A.   I believe it was somewhere around 23- or 2400
18  hours.
19     Q.   Is that actual or annualized?
20     A.   I don't know.
21     Q.   You said you went on a maternity leave.  When
22  in -- Was it in 2015?
23     A.   Yes.
24     Q.   Okay.  Your daughter was born in ▇▇▇▇▇▇▇
25     A.   Yes.