David W. Sanford (DC Bar No. 457933, *Pro Hac Vice*)
dsanford@sanfordheisler.com
Andrew Melzer (NY Bar No. 4270682, *Pro Hac Vice*)
amelzer@sanfordheisler.com
Carolin Guentert (NY Bar No. 5354519, *Pro Hac Vice*)
cguentert@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5656
Facsimile: (646) 402-5651

Deborah K. Marcuse (DC Bar No. 995380, *Pro Hac Vice*)
dmarcuse@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425

Ed Chapin (CA Bar No. 53287)
echapin2@sanfordheisler.com
Jill Sullivan Sanford (CA Bar No. 185757)
jsanford@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 677-4250

*Attorneys for Plaintiffs*
*[Additional Attorneys Listed After Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY A. WILLIAM AND JOSHUA ASHLEY KLAYMAN,<br><br>   Plaintiffs,<br><br>v.<br><br>MORRISON & FOERSTER LLP<br><br>   Defendant. | Case No.: 3:18-cv-02542<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Hannah M. Wolf of Sanford Heisler Sharp, LLP hereby withdraws as attorney of record for Plaintiffs and the proposed classes in this action. Counsel of record for Plaintiffs otherwise remains the same.

Dated: August 31, 2020

Respectfully Submitted,

  /s/ Deborah K. Marcuse
Deborah K. Marcuse (admitted *pro hac vice*)
David W. Sanford (admitted *pro hac vice*)
Andrew Melzer (admitted *pro hac vice*)
Carolin Guentert (admitted *pro hac vice*)
Ed Chapin (CA Bar No. 53287)
Jill Sullivan Sanford (CA Bar No. 185757)
Danielle Fuschetti (CA Bar No. 294065)
SANFORD HEISLER SHARP, LLP

*Attorneys for Plaintiffs*

[*Continued from Caption Page*]

Danielle Fuschetti (CA Bar No. 294065)
dfuschetti@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs*