1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY WILLIAM and JOSHUA ASHLEY KLAYMAN,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MORRISON & FOERSTER LLP,<br><br>　　　　　　　　Defendant. | CASE NO.:  3:18-cv-02542-JSC<br><br>[PROPOSED] **ORDER REGARDING STIPULATED REQUEST TO AMEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**Trial:**<br>Date:　　　March 15, 2021 |

Upon consideration of the parties' Stipulated Request to Amend the Summary Judgment Briefing Schedule, it is hereby ordered that the request is GRANTED. The deadlines are amended as follows:

- Summary judgment motion(s): October 5, 2020
- Opposition(s): November 9, 2020
- Replies: November 24, 2020

The hearing on the summary judgment motion(s) will take place on:

~~December 3~~

December 10 , 2020 at 9:00 a.m.

All other deadlines set forth in the Court's April 22, 2020 case management order remain in effect.

**IT IS SO ORDERED**.

Date: September 8, 2020

Jacqueline Scott Corley
United States Magistrate Judge

2
[~~PROPOSED~~] ORDER REGARDING STIPULATED REQUEST TO AMEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE –
CASE NO. 3:18-CV-02542-JSC