RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

MICHELE L. MARYOTT, SBN 191993
    mmaryott@gibsondunn.com
LAUREN M. BLAS, SBN 296823
    lblas@gibsondunn.com
RONALD GOMEZ, SBN 295274
    rgomez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

AMANDA C. MACHIN, *admitted pro hac vice*
    amachin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY WILLIAM and JOSHUA ASHLEY KLAYMAN,<br><br>                         Plaintiffs,<br><br>        v.<br><br>MORRISON & FOERSTER LLP,<br><br>                         Defendant. | CASE NO.:  3:18-cv-02542-JSC<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS JOSHUA KLAYMAN AND SHERRY WILLIAM**<br><br>Judge:       Hon. Jacqueline Scott Corley<br><br>Action Filed: April 30, 2018 |

## *PUBLIC COPY*
## *Confidential Copy Lodged Pursuant to Local Rule 79-5(c)-(d)*

## DECLARATION OF RACHEL S. BRASS

I, Rachel Brass, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and a member of the Bar of this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant Morrison & Foerster LLP ("Defendant" or "Morrison").  I have personal knowledge of the matters set forth in this declaration and, if called, could and would competently testify to the matters set forth below.

2.      Concurrently lodged under seal with this declaration is a USB thumb drive which contains, among other documents referenced in the Declaration of Anna Erickson White, a true and correct copy of a recorded voicemail from Sonnie Lamb to Joshua Klayman produced by Plaintiffs in this litigation as bates number DOES53830, hereby marked as **Exhibit 1**.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Sherry William's 2016 annual evaluation, identified by bates numbers MORRISON-0000287 through MORRISON-0000294, and marked as Exhibit 5 at the August 1, 2019 deposition of Sherry William.  Pursuant to the parties' agreement, information in this and other exhibits that would disclose attorney-client privileged or otherwise confidential information regarding the underlying matter was redacted prior to production.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Sherry William's 2017 annual evaluation, identified by bates numbers MORRISON-0000460 through MORRISON-0000466, and marked as Exhibit 6 at the August 1, 2019 deposition of Sherry William.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Sherry William's 2018 annual evaluation, identified by bates numbers MORRISON-0000737 through MORRISON-0000742, and marked as Exhibit 7 at the August 1, 2019 deposition of Sherry William.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Sherry William's 2019 annual evaluation, identified by bates numbers MORRISON-0009893 through MORRISON-009898.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Joshua Klayman's 2014 through 2017 annual evaluations, identified by bates numbers MORRISON-0000122 through MORRISON-0000213.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the raw evaluation and feedback data for Joshua Klayman's 2015 annual evaluation, identified by bates numbers MORRISON-0002307 through MORRISON-0002311, and marked as Exhibit 7 at the May 22, 2020 deposition of Geoff Peck.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the raw evaluation and feedback data provided by Joshua Klayman for Dario de Martino's 2016 annual evaluation, identified by bates numbers MORRISON-0002258 through MORRISON-0002260, and marked as Exhibit 1 at the October 11, 2019 deposition of Joshua Klayman.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of ▉▉▉▉▉▉▉ 2015 through 2016 annual evaluations, identified by bates numbers MORRISON-0010252 through MORRISON-0010267.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of ▉▉▉▉▉▉ 2015 through 2017 annual evaluations, identified by bates numbers MORRISON-0010228 through MORRISON-0010243.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of ▉▉▉▉▉▉ 2017 through 2019 annual evaluations, identified by bates numbers MORRISON-0010097 through MORRISON-0010118.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of ▉▉▉▉▉▉ 2019 annual evaluation, identified by bates numbers MORRISON-0010296 through MORRISON-0010303.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of ▉▉▉▉▉' 2017 through 2019 annual evaluations, identified by bates numbers MORRISON-0010268 through MORRISON-0010295.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of ▉▉▉▉▉▉ 2019 annual evaluation, identified by bates numbers MORRISON-0009982 through MORRISON-0009989.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of ▉▉▉▉▉▉ 2014 through 2019 annual evaluations, identified by bates numbers MORRISON-0009990 through MORRISON-0010042.

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC

17.     Attached hereto as **Exhibit 16** is a true and correct copy of Julia Balas' 2014 through 2019 annual evaluations, identified by bates numbers MORRISON-0009936 through MORRISON-0009981.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of ███████████ 2017 Spring and 2018 Interim evaluations, identified by bates numbers MORRISON-0010043 through MORRISON-0010048.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of ███████████ 2011 through 2015 annual evaluations, identified by bates numbers MORRISON-0009899 through MORRISON-0009935.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of ███████████ 2019 annual evaluations, identified by bates numbers MORRISON-0010244 through MORRISON-0010251.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of ███████████ 2015 through 2019 annual evaluations, identified by bates numbers MORRISON-0010190 through MORRISON-0010227.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of Sherry William's resume, identified by bates number MORRISON-0000529, and marked as Exhibit 1 at the August 1, 2019 Deposition of Sherry William.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of a May 15, 2013 email from Joshua Klayman to Cassandra Chen, with the subject line "███████████████████████," identified by bates numbers DOES26237 through DOES26238.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of a December 3, 2014 email from Joshua Klayman to Jeffrey Chester with the subject line "████████████████████," identified by bates number MORRISON-0002679 through MORRISON-0002680, and marked as Exhibit 6 at the July 22, 2020 deposition of Jeffrey Chester.

DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC

Gibson, Dunn & Crutcher LLP

25.     Attached hereto as **Exhibit 24** is a true and correct copy of a May 15, 2013, letter from Brett H. Miller to Joshua Klayman, identified by bates numbers MORRISON-0002290 through MORRISON-0002292, and marked as Exhibit 2 at the June 10, 2020 deposition of Joshua Klayman.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of a November 4, 2013 email from Joshua Klayman to Christopher Leonard, with the subject line "█████████████████ █████" identified by bates number MORRISON-0002293, and marked as Exhibit 10 at the July 24, 2020 deposition of Mark Wojciechowski.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of a December 3, 2014 email from Mark Wojciechowski to Peter Dopsch, with the subject line "███████████████████ █████" identified by bates number MORRISON-0007945.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of a December 3, 2014 email from Joshua Klayman to Jeffrey Chester, with the subject line "██████████████████████ ██████████████████████" identified by bates numbers MORRISON-0043243 through MORRISON-0043244.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of a January 26, 2015 email from [Redacted] to Jeffrey Chester, with the subject line "██████████]," identified by bates numbers MORRISON-0043654 through MORRISON-0043655.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of a January 26, 2015 email from Jeffrey Chester to [Redacted], with the subject line ██████████]," identified by bates number MORRISON-0043653.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of a March 24, 2015 email from Mark Wojciechowski to Peter Dopsch, among others, with the subject line "████████████ ████████████████████," identified by bates numbers MORRISON-0008897 through MORRISON-0008900, and marked as Exhibit 14 at the July 24, 2020 deposition of Mark Wojciechowski.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of an April 22, 2015 email from Gary Lee to Jill Feldman, with the subject line "████████████████████████

DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC

Gibson, Dunn &
Crutcher LLP

███████████████████ identified by bates numbers MORRISON-0007476 through MORRISON-0007476, and marked as Exhibit 3 at the May 19, 2020 deposition of Gary Lee.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of an April 22, 2015 email from Pamela Reed to Gary Lee, with the subject line ███████ identified by bates number MORRISON-0007526, and marked as Exhibit 7 at the May 19, 2020 deposition of Gary Lee.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of a June 24, 2015 Gchat message string between Sherry William and ██████, identified by bates numbers DOES34774 through DOES34792, and marked as Exhibit 501 at the July 9, 2020 Deposition of Sherry William.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of an August 10, 2015 email from Mathieu Shapiro to Joshua Klayman, with the subject line "████████ identified by bates numbers MORRISON-0043656 through MORRISON-0043659.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of an August 3, 2015 email from Michael Nguyen to Sherry William, with the subject line ███████ identified by bates numbers DOES001562 through DOES001566, and marked as Exhibit 3 at the August 1, 2019 deposition of Sherry William.

37.     Attached hereto as **Exhibit 36** is a true and correct copy of an August 12, 2015 Linkedin message from Joshua Klayman to ██████, with the subject line, ███████ identified by bates number DOES33704, and marked as Exhibit 602 at the July 10, 2020 Deposition of Joshua Klayman.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of a September 17, 2015 Gchat message string between Sherry William and ██████, identified by bates numbers DOES34654 through DOES34695, and marked as Exhibit 502 at the July 9, 2020 Deposition of Sherry William.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of a October 5, 2015 Gchat message string between Sherry William and ██████, identified by bates numbers DOES34451 through DOES34511, and marked as Exhibit 503 at the July 9, 2020 Deposition of Sherry William.

40.     Attached hereto as **Exhibit 39** is a true and correct copy of a February 23, 2016 Gchat message string between Sherry William and ██████, identified by bates numbers DOES34198 through DOES34347, and marked as Exhibit 505 at the July 9, 2020 Deposition of Sherry William.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of a March 2, 2016 Gchat message string between Sherry William and ███████ identified by bates numbers DOES34899 through DOES34928, and marked as Exhibit 507 at the July 9, 2020 Deposition of Sherry William.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of a March 2, 2016 Gchat message string between Sherry William and ███████, identified by bates numbers DOES34929 through DOES34962, and marked as Exhibit 508 at the July 9, 2020 Deposition of Sherry William.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of a March 28, 2016 Gchat message string between Sherry William and ███████, identified by bates numbers DOES34406 through DOES34449, and marked as Exhibit 510 at the July 9, 2020 Deposition of Sherry William.

44.     Attached hereto as **Exhibit 43** is a true and correct copy of an April 19, 2016 email from Craig Martin to List/PartnerVoting/All, with the subject line ███████████████ ███████ identified by bates numbers MORRISON-0010688.

45.     Attached hereto as **Exhibit 44** is a true and correct copy of a July 8, 2016 email from Joshua Klayman to Jeffrey Chester, with the subject line ███████ identified by bates numbers MORRISON-0002576.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of a July 25, 2016 Gchat message string between Sherry William and ███████, identified by bates numbers DOES34149 through DOES34169, and marked as Exhibit 514 at the July 9, 2020 Deposition of Sherry William.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of a July 27, 2016 email from Pamela Reed to Nicholas Spiliotes, with the subject line ███████████████ identified by bates numbers MORRISON-0007531 through MORRISON-0007532.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of an August 1, 2016 Gchat message string between Sherry William and ███████, identified by bates numbers DOES33804 through DOES33857, and marked as Exhibit 516 at the July 9, 2020 Deposition of Sherry William.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of an August 1, 2016 Gchat message string between Sherry William and ███████, identified by bates numbers DOES33858 through DOES33930, and marked as Exhibit 517 at the July 9, 2020 Deposition of Sherry William.

DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC

50.     Attached hereto as **Exhibit 49** is a true and correct copy of an August 1, 2016 Gchat message string between Sherry William and ██████████, identified by bates numbers DOES33931 through DOES33976, and marked as Exhibit 518 at the July 9, 2020 Deposition of Sherry William.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of a September 12, 2016 email from Tessa Schwartz to Nicholas Spiliotes, with the subject line "████████████," identified by bates numbers MORRISON-0007527 through MORRISON-0007528, and marked as Exhibit 6 at the May 19, 2020 deposition of Gary Lee.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of a November 13, 2016 email from Dale Caldwell to Nicholas Spiliotes, among others, with the subject line "████████████ ████████████" identified by bates number MORRISON-0009002, and marked as Exhibit 10 at the July 2, 2020 deposition of Nicholas Spiliotes.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of a November 22, 2016 email from Elizabeth Sluder to Jeffrey Chester, with the subject line "████████████," identified by bates numbers MORRISON-0018013 through MORRISON-0018016.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of the 2017 Compensation Program and Evaluation Process, identified by bates numbers MORRISON-0000691 through MORRISON-0000711, and marked as Exhibit 6 at the March 3, 2020 deposition of Erika Drous.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of an April 17, 2017 email from Jamie Levitt to Joshua Klayman, with the subject line "████████████," identified by bates numbers MORRISON-0013938.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of a May 8, 2017 email from Joshua Klayman to Caitlin Baker, with the subject line "████████████ identified by bates number MORRISON-0013934.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of a May 22, 2017 email from Joshua Klayman to Jill Anuszewski with the subject line ████████████ ████████████ identified by bates number MORRISON-0013922 through MORRISON-0013928, and marked as Exhibit 606 at the July 10, 2020 deposition of Joshua Klayman.

DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC

Gibson, Dunn & Crutcher LLP

58.     Attached hereto as **Exhibit 57** is a true and correct copy of a May 22, 2017 email from Andrea Vasiliu to Joshua Klayman with the subject line ▮▮▮▮▮▮▮▮▮▮ identified by bates number MORRISON-0013955 through MORRISON-0013957, and marked as Exhibit 604 at the July 10, 2020 deposition of Joshua Klayman.

59.     Attached hereto as **Exhibit 58** is a true and correct copy of an May 31, 2017 email from Joshua Klayman to Nicholas Spiliotes, with the subject line ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ identified by bates numbers MORRISON-0003850 through MORRISON-0003853, and was marked as Exhibit 12 at the July 2, 2020 deposition of Nicholas Spiliotes.

60.     Attached hereto as **Exhibit 59** is a true and correct copy of an May 31, 2017 email from Mark Wojciechowski to Nicholas Spiliotes, among others, with the subject line ▮▮▮▮▮▮▮ ▮▮▮▮▮ identified by bates numbers MORRISON-0007459 through MORRISON-0007462, and was marked as Exhibit 8 at the May 19, 2020 deposition of Gary Lee.

61.     Attached hereto as **Exhibit 60** is a true and correct copy of a June 25, 2017 email from Joshua Klayman to Jaclyn Liu, with the subject line ▮▮▮▮▮▮▮▮ identified by bates numbers MORRISON-0002238 through MORRISON-0002240.

62.     Attached hereto as **Exhibit 61** is a true and correct copy of a June 25, 2017 email from Joshua Klayman to Andrew Boyd, with the subject line ▮▮▮▮▮▮ identified by bates numbers MORRISON-0027083 through MORRISON-0027803.

63.     Attached hereto as **Exhibit 62** is a true and correct copy of a June 27, 2017 email from Joshua Klayman to [Redacted], with the subject line ▮▮▮▮ identified by bates numbers MORRISON-0013973 through MORRISON-001393.

64.     Attached hereto as **Exhibit 63** is a true and correct copy of a June 28, 2017 email from Joshua Klayman to [Redacted] with the subject line ▮▮▮▮ identified by bates number MORRISON-0013974 through MORRISON-0013978, and marked as Exhibit 607 at the July 10, 2020 deposition of Joshua Klayman.

65.     Attached hereto as **Exhibit 64** is a true and correct copy of a June 28, 2017 email from Mark Wojciechowski to Joshua Klayman, with the subject line ▮▮▮▮▮▮▮ identified by bates

numbers MORRISON-0018323 through MORRISON-0018362, and marked as Exhibit 27 at the July 24, 2020 deposition of Mark Wojciechowski.

66.    Attached hereto as **Exhibit 65** is a true and correct copy of a July 6, 2017 email from Spencer Klein to Dario de Martino, with the subject line ███████████████████████ identified by bates numbers MORRISON-0014609 through MORRISON-0014611.

67.    Attached hereto as **Exhibit 66** is a true and correct copy of a July 27, 2017 email from Nicholas Spiliotes to Gary Lee and others, with the subject line ████████████████ ███████████████ identified by bates number MORRISON-0011332, and marked as Exhibit 16 at the July 2, 2020 deposition of Nicholas Spiliotes.

68.    Attached hereto as **Exhibit 67** is a true and correct copy of an August 3, 2017 email from Sonnie Lamb to Joshua Klayman, with the subject line ████████████████████████ identified by bates numbers MORRISON-0016129 through MORRISON-0016130.

69.    Attached hereto as **Exhibit 68** is a true and correct copy of an August 29, 2017 email from Janet Stone Herman to Nicholas Spiliotes, with the subject line ████████████████ identified by bates numbers MORRISON-0013746 through MORRISON-0013747, and marked as Exhibit 19 at the July 2, 2020 deposition of Nicholas Spiliotes.

70.    Attached hereto as **Exhibit 69** is a true and correct copy of an August 29, 2017 email from Joshua Klayman to Joshua Klayman, with the subject line ████████████████████ ███████████ identified by bates numbers DOES54032 through DOES54033.

71.    Attached hereto as **Exhibit 70** is a true and correct copy of an August 31, 2017 email from Joshua Klayman to Ali Nardali, and others, with the subject line ████████████████ identified by bates number MORRISON-0013985.

72.    Attached hereto as **Exhibit 71** is a true and correct copy of a September 5, 2017 email from Maria Villanueva to Sonnie Lamb, with the subject line ███████████████ identified by bates numbers MORRISON-0014044 through MORRISON-0014046.

73.    Attached hereto as **Exhibit 72** is a true and correct copy of a September 5, 2017 email from Sonnie Lamb to Jason McCord, with the subject line █████████████ identified by bates numbers MORRISON-0014133 through MORRISON-0014135.

74.     Attached hereto as **Exhibit 73** is a true and correct copy of an September 5, 2017 email from Sonnie Lamb to Maria Villanueva, with the subject line ▮▮▮▮▮▮▮ identified by bates numbers MORRISON-0014136 through MORRISON-0014138.

75.     Attached hereto as **Exhibit 74** is a true and correct copy of an September 5, 2017 email from Yafit Cohn to Joshua Klayman, with the subject line ▮▮▮▮▮▮▮ identified by bates numbers MORRISON-0013996 through MORRISON-0013998.

76.     Attached hereto as **Exhibit 75** is a true and correct copy of an October 31, 2017 email from Jessica Hernandez to Jeffrey Chester, with the subject line "▮▮▮▮▮," identified by bates numbers MORRISON-0006335 through MORRISON-0006340, and marked as Exhibit 2 at the July 22, 2020 deposition of Jeffrey Chester.

77.     Attached hereto as **Exhibit 76** is a true and correct copy of an article by Joshua Klayman, titled ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ identified by bates numbers MORRISON-0002282 through MORRISON-0002285.

78.     Attached hereto as **Exhibit 77** is a true and correct copy of a November 6, 2017 email from Elizabeth Sluder to Jessica Hernandez and others, with the subject line ▮▮▮▮▮," identified by bates numbers MORRISON-0006080 through MORRISON-0006081, and marked as Exhibit 11 at the July 29, 2020 deposition of Elizabeth Sluder.

79.     Attached hereto as **Exhibit 78** is a true and correct copy of a November 10, 2017 email from Alfred Williams to Joshua Klayman, with the subject line "▮▮▮▮▮▮ ▮▮ identified by bates numbers DOES24288 through DOES24289.

80.     Attached hereto as **Exhibit 79** is a true and correct copy of a January 10, 2018 email from Jeffrey Chester to Elizabeth Sluder, with the subject line ▮▮▮▮▮▮ identified by bates numbers MORRISON-0006420 through MORRISON-0006421, marked as Exhibit 12 at the July 29, 2020 deposition of Elizabeth Sluder.

81.     Attached hereto as **Exhibit 80** is a true and correct copy of a January 23, 2018 email from Janet Stone Herman to Janet Stone Herman, with the subject line ▮▮▮▮▮ identified by bates numbers MORRISON-0008224 through MORRISON-0008227.

82.     Attached hereto as **Exhibit 81** is a true and correct copy of a January 27, 2018 email from Joshua Klayman to Jason McCord, with the subject line ███████████████ identified by bates numbers MORRISON-0003201 through MORRISON-0003206.

83.     Attached hereto as **Exhibit 82** is a true and correct copy of a January 29, 2018 email from Joshua Klayman to Jason McCord, with the subject line ██████ identified by bates numbers MORRISON-0013534 through MORRISON-0013535, and marked as Exhibit 19 to the May 27, 2020 deposition of Jason McCord.

84.     Attached hereto as **Exhibit 83** is a true and correct copy of a January 28, 2018 email from Joshua Klayman to Jason McCord, with the subject line ██████ identified by bates numbers MORRISON-0003149 through MORRISON-0003150.

85.     Attached hereto as **Exhibit 84** is a true and correct copy of a January 29, 2018 email from Joshua Klayman to Jason McCord, with the subject line ████████████ identified by bates numbers MORRISON-0003194 through MORRISON-0003197.

86.     Attached hereto as **Exhibit 85** is a true and correct copy of a February 1, 2018 email from Cheryl Moser to Janet Stone Herman, with the subject line ███████ identified by bates numbers MORRISON-0013738 through MORRISON-0013741, marked as Exhibit 9 in the July 24, 2020 deposition of Mark Wojciechowski.

87.     Attached hereto as **Exhibit 86** is a true and correct copy of a February 2, 2018 email from Joshua Klayman to Andrea Perryman, with the subject line "████████████ █" identified by bates numbers DOES22742 through DOES22755.

88.     Attached hereto as **Exhibit 87** is a true and correct copy of a February 22, 2018 Gchat message string between Sherry William and ██████ identified by bates numbers DOES35194 through DOES35239, and marked as Exhibit 521 at the July 9, 2020 Deposition of Sherry William.

89.     Attached hereto as **Exhibit 88** is a true and correct copy of a March 3, 2018 email from Joshua Klayman to Jason McCord, with the subject line ████████████ identified by bates number MORRISON-0003271.

90.     Attached hereto as **Exhibit 89** is a true and correct copy of a March 9, 2018 email from Jason McCord to Gary Lee, with the subject line ██████████ identified by bates number

MORRISON-0011318 through MORRISON-0011319, and marked as Exhibit 8 at the May 27, 2020 deposition of Jason McCord.

91.     Attached hereto as **Exhibit 90** is a true and correct copy of a March 8, 2018 email from Gary Lee to Joshua Klayman, with the subject line ███████████████████ identified by bates numbers MORRISON-0009107 through MORRISON-0009114.

92.     Attached hereto as **Exhibit 91** is a true and correct copy of a March 9, 2018 email from Bradley Wine to Alex Kaufman, with the subject line ████████████████████ ████████████████ identified by bates numbers MORRISON-0009151 through MORRISON-0009180.

93.     Attached hereto as **Exhibit 92** is a true and correct copy of a March 11, 2018 email from Joshua Klayman to Miriam Wugmeister, with the subject line ████████████ identified by bates numbers DOES23817 through DOES23818.

94.     Attached hereto as **Exhibit 93** is a true and correct copy of March 18, 2018 text message from Joshua Klayman to ██████, identified by bates number DOES41097, and marked as Exhibit 627 at the July 10, 2020 deposition of Joshua Klayman.

95.     Attached hereto as **Exhibit 94** is a true and correct copy of a March 21, 2018 email from Joshua Klayman to Jason McCord, with the subject line "██████████████████ █████████████ identified by bates numbers MORRISON-0002218 through MORRISON-0002222, and marked as Exhibit 11 at the May 27, 2020 deposition of Jason McCord.

96.     Attached hereto as **Exhibit 95** is a true and correct copy of a January 23, 2018 email from Janet Stone Herman to Jason McCord, with the subject line ████████████████ ██████ identified by bates numbers MORRISON-0008222 through MORRISON-0008224, and marked as Exhibit 11 at the May 27, 2020 deposition of Jason McCord.

97.     Attached hereto as **Exhibit 96** is a true and correct copy of a March 21, 2018 email from Jason McCord to Spencer Klein, with the subject line █████ identified by bates numbers MORRISON-0003807 through MORRISON-0003809, and marked as Exhibit 10 at the May 27, 2020 deposition of Jason McCord.

98.    Attached hereto as **Exhibit 97** is a true and correct copy of a March 28, 2018 email from Joshua Klayman to Jason McCord, with the subject line "██████████████ identified by bates number MORRISON-0003466.

99.    Attached hereto as **Exhibit 98** is a true and correct copy of a March 28, 2018 email from Joshua Klayman to Jason McCord, with the subject line "████████████████████," identified by bates numbers MORRISON-0003596 through MORRISON-0003598.

100.    Attached hereto as **Exhibit 99** is a true and correct copy of a March 28, 2018 email from Joshua Klayman to Jason McCord, with the subject line "████████████," identified by bates numbers  MORRISON-0003650 through MORRISON-0003653.

101.    Attached hereto as **Exhibit 100** is a true and correct copy of a March 29, 2018 email from Joshua Klayman to Jason McCord, with the subject line "█████████," identified by bates numbers MORRISON-0003305.

102.    Attached hereto as **Exhibit 101** is a true and correct copy of a March 29, 2018 email from Joshua Klayman to Jason McCord, with the subject line █████████," identified by bates numbers MORRISON-0003306.

103.    Attached hereto as **Exhibit 102** is a true and correct copy of a March 29, 2018 email from Joshua Klayman to Jason McCord, with the subject line "████████████████ ███████████████████████ identified by bates numbers MORRISON-0003471 through MORRISON-0003472.

104.    Attached hereto as **Exhibit 103** is a true and correct copy of a March 29, 2018 email from Joshua Klayman to Jason McCord, with the subject line "███████████████ ██████████" identified by bates numbers MORRISON-0003566 through MORRISON-0003577.

105.    Attached hereto as **Exhibit 104** is a true and correct copy of a March 30, 2018 email from Joshua Klayman to Jason McCord, with the subject line ███████████████ █████████████ identified by bates numbers DOES14995 through 14998 , and marked as Exhibit 13 at the May 27, 2020 deposition of Jason McCord.

106.    Attached hereto as **Exhibit 105** is a true and correct copy of an April 4, 2018 email from Joshua Klayman to Jason McCord, with the subject line "███████████████████████████████" identified by bates numbers MORRISON-0003473 through MORRISON-0003480.

107.    Attached hereto as **Exhibit 106** is a true and correct copy of an April 4, 2018 email from Joshua Klayman to Jason McCord, with the subject line "███████████████████████████████" identified by bates numbers MORRISON-0003481 through MORRISON-0003487.

108.    Attached hereto as **Exhibit 107** is a true and correct copy of an April 4, 2018 email from Joshua Klayman to Jason McCord, with the subject line "███████████████████████████████" identified by bates numbers MORRISON-0003488 through MORRISON-0003491.

109.    Attached hereto as **Exhibit 108** is a true and correct copy of an April 4, 2018 email from Joshua Klayman to Jason McCord, with the subject line "███████████████████████████████" identified by bates numbers MORRISON-0003492 through MORRISON-0003499.

110.    Attached hereto as **Exhibit 109** is a true and correct copy of an April 6, 2018 email from Joshua Klayman to Jason McCord, with the subject line "████████████" identified by bates numbers MORRISON-0003769 through MORRISON-0003773.

111.    Attached hereto as **Exhibit 110** is a true and correct copy of an April 10, 2018 email from Joshua Klayman to Jason McCord, with the subject line ████████," identified by bates number MORRISON-0003658.

112.    Attached hereto as **Exhibit 111** is a true and correct copy of an April 10, 2018 email from Joshua Klayman to Jason McCord, with the subject line "████████," identified by bates numbers MORRISON-0003690 through MORRISON-0003693.

113.    Attached hereto as **Exhibit 112** is a true and correct copy of an April 11, 2018 email from Joshua Klayman to Jason McCord, with the subject line "████████," identified by bates numbers MORRISON-0003791 through MORRISON-0003792.

114.    Attached hereto as **Exhibit 113** is a true and correct copy of an April 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line "████████s," identified by bates number DOES51434.

Gibson, Dunn &
Crutcher LLP

DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC

115.     Attached hereto as **Exhibit 114** is a true and correct copy of an May 2, 2018 email from Nicholas Spiliotes to Jennifer Marines, with the subject line "████████," identified by bates number MORRISON-0007546, and marked as Exhibit 16 at the May 19, 2020 deposition of Gary Lee.

116.     Attached hereto as **Exhibit 115** is a true and correct copy of a May 24, 2018 email from Joshua Klayman to Jason McCord, with the subject line "██████████████████████████ ████████████████ identified by bates numbers MORRISON-0003799 through MORRISON-0003800.

117.     Attached hereto as **Exhibit 116** is a true and correct copy of a May 31, 2018 email from Joshua Klayman to Jason McCord, with the subject line "██████████," identified by bates number DOES51547.

118.     Attached hereto as **Exhibit 117** is a true and correct copy of a June 11, 2018 email from Casey Greenzweig to Mike Edelhart and others, with the subject line "█████████████ █████████████████████████████" identified by bates numbers MORRISON-0043648 through MORRISON-0043649.

119.     Attached hereto as **Exhibit 118** is a true and correct copy of an June 14, 2018 email from Jason McCord to Joshua Klayman, with the subject line "████████████████████████," identified by bates number MORRISON-0008248 through MORRISON-0008251, and marked as Exhibit 17 at the May 27, 2020 deposition of Jason McCord.

120.     Attached hereto as **Exhibit 119** is a true and correct copy of a June 14, 2018 email from Marni Edelhart to Joshua Klayman, with the subject line "██████████████████," identified by bates numbers MORRISON-0043650 through MORRISON-0043652.

121.     Attached hereto as **Exhibit 120** is a true and correct copy of a June 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line "██████████," identified by bates numbers DOES14262 through DOES14301.

122.     Attached hereto as **Exhibit 121** is a true and correct copy of a June 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line "████████ identified by bates numbers DOES14302 through DOES14457.

123.    Attached hereto as **Exhibit 122** is a true and correct copy of a June 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line " ████████ identified by bates numbers DOES14458 through DOES14503.

124.    Attached hereto as **Exhibit 123** is a true and correct copy of a June 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line " ████████ identified by bates numbers DOES14580 through DOES14605.

125.    Attached hereto as **Exhibit 124** is a true and correct copy of a June 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line " ████████ identified by bates numbers DOES14606 through DOES14624.

126.    Attached hereto as **Exhibit 125** is a true and correct copy of a June 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line " ████████ identified by bates numbers DOES14625 through DOES14821.

127.    Attached hereto as **Exhibit 126** is a true and correct copy of a June 20, 2018 email from Joshua Klayman to Joshua Klayman, with the subject line " ████████ " identified by bates numbers DOES15242 through DOES15251.

128.    Attached hereto as **Exhibit 127** is a true and correct copy of an August 9, 2018 email from Jeffrey Chester to Michael Graffagna, with the subject line ████████ identified by bates numbers MORRISON-0018051 through MORRISON-0018052.

129.    Attached hereto as **Exhibit 128** is a true and correct copy of an October 10, 2018 email from Sherry William to Sherry William, with the subject line ████████ identified by bates numbers DOES002308 through DOES002309, and was marked as Exhibit 21 at the May 22, 2020 deposition of Geoffrey Peck.

130.    Attached hereto as **Exhibit 129** is a true and correct copy of an October 12, 2018 email invitation from Benjamin Fox to Benjamin Fox, the LIST/Partner/LA listserv, and Larren Nashelsky, with the subject line " ████████ ," identified by bates numbers MORRISON-0014608.

131.    Attached hereto as **Exhibit 130** is a true and correct copy of a December 18, 2018 email from Geoffrey Peck to Geoffrey Peck, identified by bates numbers MORRISON-0005079, and marked as Exhibit 23 at the May 22, 2020 deposition of Geoffrey Peck.

132.    Attached hereto as **Exhibit 131** is a true and correct copy of a February 6, 2019 email from Jeffrey Chester to Sherry William, with the subject line "███████████████████)," identified by bates numbers MORRISON-0000562 through MORRISON-0000564.

133.    Attached hereto as **Exhibit 132** is a true and correct copy of a cell phone screenshot showing a text message exchange between Joshua Klayman and Mark Wojciechowski, identified by bates number DOES29946.

134.    Attached hereto as **Exhibit 133** is a true and correct copy of a cell phone screen shot showing the Twitter handle of Joshua Klayman, identified by bates numbers DOES32184.

135.    Attached hereto as **Exhibit 134** is a true and correct copy of an untitled document, identified by bates numbers MORRISON-0007165 through MORRISON-0007173, and marked as Exhibit 18 at the July 2, 2020 deposition of Nicholas Spiliotes

136.    Attached hereto as **Exhibit 135** is a true and correct copy of a document titled "████ ██████████████ identified by bates numbers MORRISON-0009754 through MORRISON-0009755, and marked as Exhibit 16 to the May 27, 2020 deposition of Jason McCord.

137.    Attached hereto as **Exhibit 136** is a true and correct copy of a Gchat message string between Sherry William and ██████████, identified by bates numbers 000371DOE1 through 000381DOE1, and marked as Exhibit 4 at the August 1, 2019 Deposition of Sherry William.

138.    Attached hereto as **Exhibit 137** is a true and correct copy of excerpts from the certified transcript of the Deposition of Sherry William taken on August 1, 2019.

139.    Attached hereto as **Exhibit 138** is a true and correct copy of excerpts from the certified transcript of the Deposition of Joshua Klayman taken on October 11, 2019.

140.    Attached hereto as **Exhibit 139** is a true and correct copy of a press release, titled "Morrison & Foerster Elects 18 Partners," dated January 7, 2020, available at https://www.mofo.com/resources/news/200107-morrison-foerster-elects-18-partners.html.

141.    Attached hereto as **Exhibit 140** is a true and correct copy of excerpts from the certified transcript of the Deposition of Anna Erickson White taken on March 3, 2020.

142.    Attached hereto as **Exhibit 141** is a true and correct copy of excerpts from the certified transcript of the Deposition of Erika Drous taken on March 6, 2020.

143.    Attached hereto as **Exhibit 142** is a true and correct copy of excerpts from the certified transcript of the Deposition of Gary Lee taken on May 19, 2020.

144.    Attached hereto as **Exhibit 143** is a true and correct copy of excerpts from the certified transcript of the Deposition of Geoffrey Peck taken on May 22, 2020.

145.    Attached hereto as **Exhibit 144** is a true and correct copy of excerpts from the certified transcript of the Deposition of Jason McCord taken on May 27, 2020.

146.    Attached hereto as **Exhibit 145** is a true and correct copy of excerpts from the certified transcript of the Deposition of Nicholas Spiliotes taken on July 2, 2020.

147.    Attached hereto as **Exhibit 146** is a true and correct copy of excerpts from the certified transcript of the Deposition of Sherry William taken on July 9, 2020.

148.    Attached hereto as **Exhibit 147** is a true and correct copy of excerpts from the certified transcript of the Deposition of Joshua Klayman taken on July 10, 2020.

149.    Attached hereto as **Exhibit 148** is a true and correct copy of excerpts from the certified transcript of the Deposition of Jeffrey Chester taken on July 22, 2020.

150.    Attached hereto as **Exhibit 149** is a true and correct copy of excerpts from the certified transcript of the Deposition of Mark Wojciechowski taken on July 24, 2020.

151.    Attached hereto as **Exhibit 150** is a true and correct copy of excerpts from the certified transcript of the Deposition of Elizabeth Sluder taken on July 29, 2020.

152.    Attached hereto as **Exhibit 151** is a true and correct copy of excerpts from the certified transcript of the Deposition of Janet Stone Herman taken on July 30, 2020.

153.    Attached hereto as **Exhibit 152** is a true and correct copy of excerpts of Joshua Klayman's Fourth Amended Responses to Defendant's Second Set of Interrogatories, served on August 11, 2020.

154.    Attached hereto as **Exhibit 153** is a true and correct copy of excerpts of Sherry William's Third Amended Responses to Defendant's Second Set of Interrogatories, served on September 9, 2020.

155.    Attached hereto as **Exhibit 154** is a true and correct copy of the Declaration of Sherry William and attached exhibit, dated September 21, 2018.

156.    Attached hereto as **Exhibit 155** is a true and correct copy of a October 11, 2016 email from Gary Lee to Nick Spiliotes, with the subject line "████████████ identified by bates numbers MORRISON-0007520 through MORRISON-0007525.

157.    Attached hereto as **Exhibit 156** is a true and correct copy of a January 28, 2018 email from Jason McCord to Joshua Klayman, with the subject line "████████████," identified by bates numbers MORRISON-00013694 through MORRISON-00013700, and marked as Exhibit 6 to the May 27, 2020 deposition of Jason McCord.

158.    Morrison produced in this litigation relevant portions of the Human Resources data referenced in the concurrently filed declaration of Jason McCord.  This data includes, among other information, fields indicating who has taken a parental leave, gender, and whether an individual was reclassified.  That data indicates as follows:

159.    Over the period from 2015-2019, there were 840 instances where female Morrison associates took no leave.  There were 121 instances of maternity leaves across 89 women, and 124 instances of paternity leaves across 102 individual men.  During that same period, there were 836 instances of advancement across the four years, including 105 advancements after a maternity leave, and 123 after a paternity leave.  Taken together, 86.7% of the time when women took maternity leave, 99.2% of the time when men took paternity leave, and 99.5% of the time when women took no leave in a year, they were advanced to the next salary class.  If one excludes those who were subject to mandatory reclassification, then there were 114 instances of maternity leave, and in 105 out of 114 instances, or 92.1%, women were advanced.  The remainder were subject to discretionary reclassification.

160.    Over the same 2015 to 2019 period, out of the 121 instances of women taking maternity leave, 114 (or 94.2%) had at least 600 Legal Services Hours during the year, as did all men who took

DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC

Gibson, Dunn &
Crutcher LLP

1    paternity leave.  The average maternity leave was 206 days, and the average paternity leave was 159

2    days.

3        161.    The HR database produced in this litigation also contains information regarding pay and

4    attorney salary class and position (title).

5        162.    During the period 2015-2019, Morrison's of counsel numbered approximately 55 and

6    64 per year (counted as of January 1 of each year).  Of that group, in that same period, there were four

7    instances of men taking parental leave, and six instances of women taking parental leave.  In the 2015

8    through 2019 time period, the women of counsel who took leaves were paid between 101% and 127%

9    of what the men of counsel who took leaves were paid.  This range was calculated by taking the ratio

10   of the average base pay for women of counsel who took leave and the average base pay of men of

11   counsel who took leave each year.

12       163.    Between 2016 and 2019, 10 of the 19 attorneys promoted from associate to partner were

13   women, and 7 had taken a parental leave.  Seven of the 16 attorneys promoted from of counsel to

14   partner over the same period were women, and 3 had taken a parental leave.  In other words, out of the

15   35 people promoted to partner during this period, women who took leaves were promoted at a greater

16   rate than those who had not (10/35, or 28.6%, as compared to 7/35, or 20%).

17       164.    Further, over the same period, 48.6% of promotions to partner were women, and 51.4%

18   of promotions were men, for a ratio of 94.4%.

19       165.    True and correct copies of excel file printouts of data generated by Morrison's

20   accounting software reflecting the time entries recorded by Ms. Klayman and Ms. William were

21   produced in this litigation at bates numbers MORRISON-0025359, MORRISON-0043236, and

22   MORRISON-0043237.  They are voluminous and contain client-sensitive information, and to avoid

23   undue filing burden, are not produced here, but can be lodged or filed upon request.

24

25       I declare under penalty of perjury that the foregoing is true and correct.  Executed on October

26   7, 2020 in Healdsburg, California.

27                                             _/s/ Rachel S. Brass_____

28                                                       Rachel S. Brass

Gibson, Dunn &
Crutcher LLP

20
DECLARATION OF RACHEL BRASS - CASE NO. 3:18-CV-02542-JSC