# TAB P

## Declaration of A. White

# PUBLIC COPY

*Confidential Copy Submitted Under Seal
Lodged Pursuant to Local Rule 79-5(c)-(d)*

1  RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
3  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
4  Facsimile:  415.393.8306

5  MICHELE L. MARYOTT, SBN 191993
    mmaryott@gibsondunn.com
6  LAUREN M. BLAS, SBN 296823
    lblas@gibsondunn.com
7  RONALD GOMEZ, SBN 295274
    rgomez@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
9  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
10 Facsimile:  213.229.7520

11 AMANDA C. MACHIN, *admitted pro hac vice*
    amachin@gibsondunn.com
12 GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue N.W.
13 Washington, D.C. 20036-5306
   Telephone: 202.955.8500
14 Facsimile:  202.467.0539

15 *Attorneys for Defendant*

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

20 SHERRY WILLIAM and JOSHUA ASHLEY      CASE NO.:  3:18-cv-02542-JSC
   KLAYMAN,
21                                        **DECLARATION OF ANNA ERICKSON
                 Plaintiffs,              WHITE**
22       v.
                                          Judge:      Hon. Jacqueline Scott Corley
23 MORRISON & FOERSTER LLP,
                                          Action Filed: April 30, 2018
24               Defendant.

25

26

27

28

Gibson, Dunn &
Crutcher LLP

─────────────────────────────────────────────────────────────
    DECLARATION OF ANNA ERICKSON WHITE - CASE NO. 3:18-CV-02542-JSC

**DECLARATION OF ANNA ERICKSON WHITE**

I, Anna Erickson White, declare as follows:

1.      I am a Partner at Morrison & Foerster LLP ("Morrison" or the "Firm").  I am a 1992 graduate of Stanford Law School.  I have spent my entire career at Morrison.  I was a summer associate in 1991 and have worked for Morrison as an attorney since 1992.  From 1992 to 1999, I was an associate attorney, and on January 1, 2000, I was promoted to partner, my current position.  I started my career at Morrison in the Palo Alto office and in approximately 2009 moved to the San Francisco office.

2.      In my time at Morrison I have served in both local and firmwide management positions and on various firmwide committees.  From 2000 to 2005, I served on the firmwide Associate Evaluation Committee.  Around the same time, I was the head of the Litigation Department in the Palo Alto office.  I served as Morrison's firmwide Managing Partner twice, from 2006 through 2009 and 2012 through 2015.  Since 2016, I have served on the Firm's Executive Committee and the Board of Directors.

3.      In my various roles, I have touched upon, and continue to be informed about, the Firm and its functions, including human resources, billing and billing systems, the evaluation process, and document management.  Through my experience at Morrison, I have personal knowledge of the matters and information set forth in this declaration and, if called upon to testify thereto, can and would competently do so.

4.      Morrison is an international law firm with over 1,000 attorneys worldwide and represents a broad array of Fortune 100 and leading companies across a range of industries.  Morrison's large, cross-disciplinary practice means that practice groups do not "belong" to any one attorney, but are comprised of multiple attorneys working together to come up with positive and creative solutions for our clients.

5.      The Firm is recognized for its leadership in supporting and promoting women and working parents.

6.      Attached hereto as **Exhibit A** is a true and correct copy of Working Mother Magazine's list of "The Best Law Firms for Women 2020," which is available at https://www.workingmother.com/best-law-firms-for-women-2020.

7.      Attached hereto as **Exhibit B** is a true and correct copy of Yale Law Women's "Top Ten Firms for Gender Equity & Family Friendliness in 2019," which is available at https://ylw.yale.edu/wp-content/uploads/2019/04/Top_Ten_Report_2019.pdf.

8.      I am familiar with the billing, invoicing, and payment processing software utilized by the Firm and related information kept in the regular course of business at Morrison.  I am aware that this software tracks a broad array of billing data including, but not limited to, hours recorded by individual timekeepers, hourly rates of individual timekeepers, client and matter numbers recorded by individual timekeepers, and fee amounts billed to individual clients.  This data is managed by our Accounting Department.  If I need a report regarding any of the billing data, I can ask our Accounting Department to run a report at my direction.

9.      The billing data referred to in this declaration constitute writings maintained, taken, or made in the regular or ordinary course of business at Morrison at or near the time of the recording, invoicing, or collecting to which they relate by, or from information transmitted by, persons employed by Morrison who had (1) knowledge of the recording, invoicing, or collecting; and (2) a business duty to Morrison to accurately and completely take, make, and maintain such records and documents in the regular practice of their position(s).

10.     Attached hereto as **Exhibit C** is a true and correct excerpted copy of relevant pages of a pdf printout of data generated by Morrison's timekeeping software reflecting time entries recorded by Sherry William to the attorney training matter number, "Keeping Current," identified by bates numbers MORRISON-0000903 through MORRISON-0000985.

11.     Attached hereto as **Exhibit D** is a true and correct copy of an Excel file printout of data generated by Morrison's accounting software reflecting ███████████████████████, identified by bates number MORRISON-0018086.

12.     In 2018, Ms. William was billed as a 7th year associate.  No client in 2018 invoiced at an 8th year rate for Ms. William's work.

13.     I am familiar with the collection, preparation, and management of evaluations and partnership candidate memorandums, as well as Firm policies related thereto, and such records kept in the regular course of business at Morrison.

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF ANNA ERICKSON WHITE - CASE NO. 3:18-CV-02542-JSC

14.     The attorney evaluation and partnership candidate documents referred to in this declaration constitute writings maintained, taken, or made in the regular or ordinary course of business at Morrison at or near the time of the collection or creation to which they relate by, or from information transmitted by, persons employed by Morrison who had (1) knowledge of the collection or preparation; and (2) a business duty to Morrison to accurately and completely take, make, and maintain such records and documents in the regular practice of their position(s).

15.     I am familiar with Morrison's reclassification policy.  Reclassified associates can and do succeed at Morrison, including later promotion to partner and of counsel.

16.     Attached hereto as **Exhibit E** is a true and correct copy of the Candidate Summaries for the Candidates for Admission to the Partnership as of January 1, 2016, identified by bates numbers MORRISON-0010710 through MORRISON-00110717.

17.     Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the Candidate Summaries for the Candidates for Admission to the Partnership as of January 1, 2016, identified by bates numbers MORRISON-0010718 through MORRISON-0010950.

18.     Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the Candidate and Sponsor Information for the Candidates for Admissions to the Partnership as of January 1, 2017, identified by bates numbers MORRISON-0010353 through MORRISON-0010596.

19.     Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the Candidate Summaries for the Candidates for Admission to the Partnership as of January 1, 2018, identified by bates numbers MORRISON-0011520 through MORRISON-0011524.

20.     Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the Candidate and Sponsor Information for the Candidates for Admissions to the Partnership as of January 1, 2018, identified by bates numbers MORRISON-0011527 through MORRISON-0011635.

21.     I understand that plaintiff Joshua Klayman was an of counsel in the Firm's Finance Department.  Sean Ruff was the only attorney from the Finance Department advanced to the Partnership Review Committee in 2016 or 2017.

22.     Women made up nearly 50% of candidates considered by the Partnership Review Committee in 2016 and 2017 and ultimately promoted to partner.  Most people elevated to partner in those years had taken a parental leave.

23.     Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the Candidate and Sponsor Information for the Candidates for Admission to the Partnership as of January 1, 2019, identified by bates numbers MORRISON-0011732 through MORRISON-0011824.

24.     In June 2018, the Firm raised base salaries for associates on the United States compensation structure.  The base compensation for associates at the 7th-year class level (2011 salary class) was increased to $325,000.

25.     In connection with my various roles at the Firm, I became familiar with the work and practices of of counsel attorneys in the Tax Practice Group in the 2017-2018 time frame, including ████████ and ████████ .

26.     ████████ , a 2008 graduate of Harvard Law School, was an of counsel in the Tax Practice Group.  Of counsel compensation is determined on an individual basis.  ████████ negotiated his compensation, including a higher compensation than initially offered to him, by comparing his compensation to other firms in New York, and soliciting the help of a partner and senior counsel in his group to secure that salary.  ████████ was a highly-regarded attorney with a hard-to-find skill set and a highly specialized practice area, and this also was reflected in his of counsel compensation.

27.     ████████ joined Morrison as an of counsel in the Tax Practice Group and negotiated his initial of counsel compensation.  ████████ is a 2006 law school graduate from the University of Pennsylvania Law School, with an LLM degree in taxation from New York University.  When he joined Morrison in 2016, he had ten years of experience, including over two years as an of counsel at his prior firm, and joined a highly specialized and in-demand practice group.  This was reflected in Mr. Phillips' compensation.

28.     I am familiar with Morrison's email and document retention systems, and the types of documents and emails kept on those systems in the regular course of business at Morrison.  The emails and Morrison documents attached to the Declaration of Rachel Brass were stored on Morrison's email system, and produced from that system for this litigation.

29.     The LIST/Partner/LA listserv is a distribution list of exclusively Morrison partners in the Los Angeles office.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on _____October 5_____, 2020 in ___Palo Alto_____, California.

Anna Erickson White