# TAB R

**Declaration of G. Mitchell**

# PUBLIC COPY

*Confidential Copy Submitted Under Seal Lodged Pursuant to Local Rule 79-5(c)-(d)*