1  DREW LIMING, SBN 305156
   drew.liming@freshfields.com
2  FRESHFIELDS BRUCKHAUS DERINGER US LLP
3  2710 Sand Hill Road
   Menlo Park, CA 94025
4  Telephone: 650.618.9250

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY WILLIAM and JOSHUA ASHLEY KLAYMAN,<br><br>                    Plaintiffs,<br>      v.<br><br>MORRISON & FOERSTER LLP,<br><br>                    Defendant. | CASE NO.:  3:18-cv-02542-JSC<br><br>**DECLARATION OF TIMOTHY P. HARKNESS IN SUPPORT OF DEFENDANT'S AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. Jacqueline Scott Corley<br>Action Filed: April 30, 2018 |

I, Timothy P. Harkness, declare as follows:

1. I am an attorney licensed to practice law in the State of New York. I am a partner at the law firm of Freshfields Bruckhaus Deringer US LLP. In accordance with Local Rule 79-5(e), I submit this Declaration in support of Defendant's Amended Administrative Motion to File Documents Under Seal. Dkt. No. 156. I have personal knowledge of the facts set forth in this Declaration and can testify competently thereto.

2. The Court has entered a Protective Order in this matter. Dkt. No. 87. Under the Protective Order, information produced by non-parties in connection with this litigation is protected by the remedies and relief listed in that Protective Order. *Id.*

3. Defendant Morrison & Foerster LLP ("Morrison") subpoenaed non-party Freshfields in connection with this litigation. Freshfields produced documents responsive to the subpoena. Freshfields designated these documents as confidential under the Protective Order.

4. Freshfields also produced the Declaration of Gabrielle Mitchell, Freshfields' Head of Human Resources, US Region (the "Mitchell Declaration"), as the corporate custodian with respect to the documents Freshfields produced.

5. Good cause (or compelling reasons, if necessary) exists to justify the sealing of the portions of Morrison's Motion for Summary Judgment Against Sherry William that reference the Mitchell Declaration and the exhibits thereto.

6. The exhibits to the Mitchell Declaration were produced by non-party Freshfields and reveal Freshfields' processes for the evaluations of its attorneys, including the feedback solicited and provided. *See* Mitchell Decl. Exs. B–H. To encourage honest responses, Freshfields informed the people who provided feedback that it would remain private and confidential. Moreover, the information is competitively sensitive because it reveals the precise metrics that Freshfields uses to evaluate its employees.

7. The exhibits to the Mitchell Declaration also contain information about Freshfields hiring practices, including salary and benefits information and conditions of William's offer to join Freshfields upon leaving a different law firm. *See* Mitchell Decl. Ex. A. Freshfields intended this information to be kept confidential.

8. I believe that the public interest in the information contained in Freshfields' employment evaluations and terms of employment is minimal to none because it was produced by a non-party to this litigation and is relevant only to Freshfields' internal personnel processes. Courts in the Ninth Circuit have sealed information related to the personnel practices of non-parties, since "disclosure of [such information] would cause competitive harm" to the employer. *Delashaw v. Seattle Times Co.*, No. C18-537 JLR, 2020 U.S. Dist. LEXIS 93506, at *10 (W.D. Wash. May 28, 2020). Indeed, Freshfields' "'playbook' for hiring and [retaining]" employees is both commercially sensitive and of limited relevance to this litigation, which does not concern Freshfields' employment practices. *Id.* at *10; *see also Cont'l Auto. Sys. v. Avanci, LLC*, No. 19-cv-02520-LHK, 2019 U.S. Dist. LEXIS 212794, at *11-14 (N.D. Cal. Dec. 5, 2019) (sealing confidential business information relating to non-party).

9. The following chart identifies the documents and portions of documents containing the material Freshfields requests be sealed:

| Document | Portion(s) to be Sealed | Relief Requested |
|---|---|---|
| Defendant Morrison & Foerster LLP's Motion for Summary Judgment Against Sherry William | Page 2: 17-26 | Partially Seal |
| Mitchell Declaration, Exhibit A | Page 1 (starting with "The global development" through the last word of the third bullet "ending with "start work"). | Partially Seal |
| Mitchell Declaration, Exhibit B | Entire document | Completely seal |
| Mitchell Declaration, Exhibit C | Entire document | Completely seal |
| Mitchell Declaration, Exhibit D | Entire document | Completely seal |
| Mitchell Declaration, Exhibit E | Entire document | Completely seal |
| Mitchell Declaration, Exhibit F | Entire document | Completely seal |
| Mitchell Declaration, Exhibit G | Entire document | Completely seal |

| Mitchell Declaration, Exhibit H | Entire document | Completely seal |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 16, 2020 in Greenwich, Connecticut.

*Timothy P. Harkness*

Timothy P. Harkness

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatory to it.

/s/ Drew Liming

Drew Liming