UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY A. WILLIAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORRISON & FOERSTER LLP,<br><br>    Defendant. | Case No. 18-cv-02542-JSC<br><br>**ORDER RE: DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** |

The Court is in receipt of Defendant's motions for summary judgment and the parties' administrative motions to seal which accompanied the parties' briefing regarding the same. Given the voluminous administrative motions to file under seal, and the oppositions, and replies thereto, the Court requests that the parties prepare joint statements for each brief identifying the parties' respective final positions regarding sealing as they did with Docket No. 170. They shall also file revised redacted and under seal versions of the briefs on summary judgment which correspond with the parties' final positions regarding sealing. Finally, the parties shall provide the Court with chambers copies of both these filings: (1) the joint statements regarding sealing (including Docket No. 170), and (2) the unredacted (and highlighted) versions of each brief which corresponds with the parties' final positions regarding sealing. The parties shall file these documents by December 9, 2020 and submit chambers copies by December 10, 2020.

In addition, the Court CONTINUES the hearing on the motions for summary judgment to January 21, 2021 at 9:00 a.m. via Zoom Webinar. The Court notes that it is extremely unlikely that this case will be able to proceed with an in-person jury trial in March of 2021. In light of this, if the parties would like to prepare a stipulation modifying the remainder of the pretrial schedule, they are welcome to do so. The Court will address scheduling issues at the hearing on January 21,

2021.

**IT IS SO ORDERED.**

Dated: November 30, 2020

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge