UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY A. WILLIAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORRISON & FOERSTER LLP,<br><br>    Defendant. | Case No. 18-cv-02542-JSC<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE DEMARCHI FOR SETTLEMENT**<br><br>Re: Dkt. No. 207 |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Virginia K. DeMarchi for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge DeMarchi.

**IT IS SO ORDERED.**

Dated: February 3, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge