UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY A. WILLIAM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MORRISON & FOERSTER LLP,<br><br>    Defendant. | Case No. 18-cv-02542-JSC<br><br>**ORDER RE: REDACTIONS TO ORDER ON MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 217 |

On March 8, 2021, the Court filed its order on Defendant's motions for summary judgment. (Dkt. No. 217.) The Order was provisionally filed under seal. The parties have until March 11, 2021 to propose redactions to the Order. If no proposed redactions are received, the Court will file the Order on the public docket on March 12, 2021.

**IT IS SO ORDERED.**

Dated: March 8, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge