STEVEN A. ERKEL (CA State Bar No. 299263)
Email:   steven.erkel@alston.com
**ALSTON & BIRD LLP**
560 Mission St., Suite 2100
San Francisco, CA 94105
Telephone:   415-243-1000
Facsimile:    415-243-1001

*Attorneys for Non-party Linklaters LLP*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHERRY WILLIAM and JOSHUA ASHLEY KLAYMAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>MORRISON & FOERSTER LLP,<br><br>        Defendant. | Case No. 3:18-CV-02542-JSC<br><br>**NOTICE OF SUBSTITUTE OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Non-Party Linklaters LLP substitute Lane Zuraw, State Bar Number 331774, as counsel of record in place of Steven A. Erkel.  Contact information for the new counsel of record is as follows:

   Lane Zuraw (State Bar No. 331774)
   Lane.zuraw@alston.com
   **ALSTON & BIRD LLP**
   560 Mission St., Suite 2100
   San Francisco, CA 94105
   Telephone:   415-243-1000
   Facsimile:    415-243-1001

**PLEASE TAKE FURTHER NOTICE** that Steven A. Erkel will no longer be employed at Alston & Bird LLP and hereby withdraws as counsel of record for non-party Linklaters LLP in the above-entitled action, and should be removed from all applicable service lists, including Notices of Electronic Filings.

*/s/ Steven A. Erkel*

STEVEN A. ERKEL
Email: steven.erkel@alston.com
**ALSTON & BIRD LLP**
***Attorneys for Non-party Linklaters LLP***