Lane Zuraw (State Bar No. 331774)
Lane.zuraw@alston.com
**ALSTON & BIRD LLP**
560 Mission St., Suite 2100
San Francisco, CA 94105
Telephone:      415-243-1000
Facsimile:       415-243-1001

*Attorneys for Non-party Linklaters LLP*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY WILLIAM and JOSHUA ASHLEY KLAYMAN,<br><br>            Plaintiffs,<br><br>     v.<br><br>MORRISON & FOERSTER LLP,<br><br>            Defendant. | Case No. 3:18-CV-02542-JSC<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Lane Zuraw of Alston & Bird LLP, 560 Mission St., Suite 2100, San Francisco, CA 94105, hereby enters her appearance in the above-captioned matter as an attorney of record for Non-Party Linklaters LLP.

October 5, 2021              */s/ Lane Zuraw*
                             Lane Zuraw
                             Alston & Bird LLP

                             ***Attorneys for Non-party Linklaters LLP***