David W. Sanford (*pro hac vice*)
dsanford@sanfordheisler.com
Andrew Melzer (*pro hac vice*)
amelzer@sanfordheisler.com
Carolin Guentert (*pro hac vice*)
cguentert@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas
New York, New York 10019
Telephone: (646) 402-5656
Facsimile: (646) 402-5651

Deborah K. Marcuse (*pro hac vice*)
dmarcuse@sanfordheisler.com
Lucy Zhou (*pro hac vice*)
lzhou@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert St., Ste. 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425

Ed Chapin (CA Bar No. 53287)
echapin2@sanfordheisler.com
Jill Sullivan Sanford (CA Bar No. 185757)
jsanford@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
655 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4253
Facsimile: (619) 677-4250

*Attorneys for Plaintiffs*
*[Additional Attorneys Listed After Signature Page]*

Rachel S. Brass (CA Bar No. 219301)
rbrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Ste. 3000
San Francisco, CA 94105-092
Telephone: (415) 393-8200
Facsimile: (415) 374-8306

Michele L. Maryott (CA Bar No. 191993)
mmaryott@gibsondunn.com
Lauren M. Blas (CA Bar No. 296823)
lblas@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Amanda C. Machin (*pro hac vice*)
amachin@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue NW
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY A. WILLIAM and JOSHUA AHSLEY KLAYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>MORRISON & FOERSTER LLP,<br><br>Defendant. | CASE NO. 3:18-cv-02542-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their counsel, stipulate that Plaintiffs Sherry A. William and Joshua Ashley Klayman hereby dismiss this action with prejudice.

Respectfully submitted,

| /s/ Deborah K. Marcuse | /s/ Michele L. Maryott |
|---|---|
| Deborah K. Marcuse (*admitted pro hac vice*) | Michele L. Maryott (CA Bar No. 191993) |
| David W. Sanford (*admitted pro hac vice*) | Rachel S. Brass (CA Bar No. 219301) |
| Andrew Melzer (*admitted pro hac vice*) | Lauren M. Blas (CA Bar No. 296823) |
| Ed Chapin (CA Bar No. 53287) | Amanda C. Machin (*admitted pro hac vice*) |
| Jill Sullivan Sanford (CA Bar No. 185757) | |
| Danielle Fuschetti (CA Bar No. 294065) | |
| Carolin Guentert (*admitted pro hac vice*) | |
| Lucy Zhou (*admitted pro hac vice*) | |
| | |
| **SANFORD HEISLER SHARP, LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: March 22, 2022 | Dated: March 22, 2022 |

[*Continued from Caption Page*]

Danielle Fuschetti (CA Bar No. 294065)
dfuschetti@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs*

**ECF ATTESTATION**

I, Deborah K. Marcuse, hereby attest that, pursuant to Civil Local Rule 5-1(h)(3), concurrence in the filing of this document has been obtained from the other signatory.

Dated:  March 22, 2022

*/s/* Deborah K. Marcuse
Deborah K. Marcuse

Attorneys for Plaintiffs
